443 A.2d 1195

Commonwealth v. Dominguez a/k/a Moreno, Appellant.
Reargument Denied April 20, 1982.

Argued April 21, 1981. William K. Sayer, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Judgment of sentence affirmed.
MONTEMURO, J., filed a dissenting opinion.

441 A.2d 447

Commonwealth v. Evans, Appellant.
Petition for Allowance of Appeal Denied March 26, 1982.

Submitted April 8, 1981. Robert Lee Moore, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.